United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NELSON ARIEL UMANZOR CHAVEZ, § § Petitioner, § § VS. § § § CIVIL ACTION NO. 1:25-CV-252 § KRISITI NOEM *et al.*, § § Respondents. § | |

# **ORDER**

In an unopposed motion, Respondents request a one-week extension of the briefing schedule and hearing date in this matter. (Motion for Extension, Doc. 12) The Court finds that good cause supports the requested relief. As a result, it is:

**ORDERED** that Respondents' Unopposed Motion to Extend Briefing Deadlines Related to Petitioner's Motion for Preliminary Injunction and Continuance of December 10, 2025 Hearing (Doc. 12) is **GRANTED**;

**ORDERED** that Respondents shall file their Response by no later than December 10, 2025;

**ORDERED** that Petitioner shall file his reply, if any, by no later than December 15, 2025;

**ORDERED** that the hearing on Petitioner's Motion for Preliminary Injunction (Doc. 9) is rescheduled and shall take place by videoconference on December 17, 2025 at 1:30 p.m.; and

**ORDERED** that the terms of the Temporary Restraining Order (Doc. 5) are extended until December 18, 2025 at 5:00 p.m.

Issued on December 4, 2025 at 9:00 a.m. (central time).

_____
Fernando Rodriguez, Jr.
United States District Judge