United States District Court
Southern District of Texas
**ENTERED**
December 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NELSON ARIEL UMANZOR CHAVEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-252 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Nelson Ariel Umanzor Chavez seeks a preliminary injunction requiring that before Respondents remove him to a third country, an asylum officer interview him regarding his fear of being removed to that country, and, if that officer finds that Petitioner fails to state a claim, an Immigration Judge reviews and concurs in the decision. (Petition, Doc. 1; Motion, Doc. 9)

On December 17, 2025, the Court held a hearing on the Motion for a Preliminary Injunction (Doc. 9). Based on the record and the applicable law, and for the reasons stated on the record at the December 17 hearing, it is:

**ORDERED** that Petitioner Nelson Ariel Umanzor Chavez's Motion for Preliminary Injunction (Doc. 9) is **DENIED**.

To afford Petitioner the opportunity to avail himself of any available remedies from this adverse ruling, it is also:

**ORDERED** that the terms of the Temporary Restraining Order (Doc. 5) are extended until 5:00 p.m. on December 26, 2025, after which time the Temporary Restraining Order will automatically expire without further order from the Court.

Signed on December 17, 2025 at 3:00 p.m.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge