United States District Court
Southern District of Texas
**ENTERED**
May 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NELSON ARIEL UMANZOR CHAVEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-252 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

In this habeas action, the Court has previously denied the emergency injunctive relief that Petitioner requested. (*See* Order, Doc. 18) To facilitate the Court's consideration of the issues that this matter presents, it is:

**ORDERED** that by no later than May 26, 2026, Petitioner Nelson Ariel Umanzor Chavez shall file a Statement with the Court indicating whether any issues remain pending that require the Court's attention. Petitioner's failure to file such a Statement will lead the Court to deny the Petition.

Signed on May 12, 2026.

Fernando Rodriguez, Jr.
United States District Judge