United States District Court
Southern District of Texas

**ENTERED**

May 27, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NELSON ARIEL UMANZOR CHAVEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-252 |
| | § | |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER</u>

The Court has reviewed Petitioner Nelson Ariel Umanzor Chavez's Statement (Doc. 21).

To facilitate the Court's consideration of whether any claims remain pending in this matter, it is:

**ORDERED** that by no later than June 17, 2026, Respondents shall file a response to

Petitioner's Statement (Doc. 21), informing the Court as to Petitioner's removal status and history,

and responding to Petitioner's arguments that claims remain pending in this habeas action; and

**ORDERED** that by no later than June 24, 2026, Petitioner Nelson Ariel Umanzor Chavez

shall file a reply.

Signed on May 27, 2026.

Fernando Rodriguez, Jr.
United States District Judge